**Opinion issued August 23, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00551-CV

———————————

## IN RE PURDUE PHARMA L.P., ET AL., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, Johnson & Johnson, Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Allergan plc f/k/a Actavis plc, Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Knoll

Pharmaceutical Co. and AbbVie Inc. (collectively "Manufacturer Defendants"), have filed a petition for a writ of mandamus challenging the trial court's orders denying the Manufacturer Defendants' first amended joint motions to dismiss the claims of real parties in interest, the Counties of Dallas, Delta, Falls, Hopkins, and Travis, under Texas Rule of Civil Procedure 91a.[1]

We deny the petition.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.

---

[1] The underlying case is *In re: Texas Opioid Litigation*, Cause No. 2018-63587, in the 152nd District Court of Harris County, Texas, the Honorable Robert K. Schaffer presiding.